**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JASWINDER SINGH** | **CASE NO. 1:26-CV-00746 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **KRISTI NOEM ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# MEMORANDUM ORDER

Before the Court is a "Report and Recommendation" (Doc. 13) of the Magistrate Judge recommending that Respondents immediately release Petitioner and to enjoin Respondents from re-detaining Petitioner unless and until he receives pre-deprivation process. Petitioner filed the instant Writ of Habeas Corpus while he was in ongoing removal proceedings. However, as of June 3, 2026, the immigration judge ordered Petitioner's removal. That Order was not appealed.[1] As such, the Report and Recommendation is now Moot.

Additionally, since that time the Fifth Circuit has ruled that: noncitizens were "applicants for admission" under INA's mandatory detention provision and therefore did not have procedural due process right to individualized bond hearing; even if noncitizens had procedural due process right to individualized bond hearing, procedural due process did not require a bond hearing on dangerousness and flight risk; noncitizens did not have a substantive due process right to seek release pending removal proceedings; detention of noncitizens without bond survived rational-basis review for due process violation; and

[1] acis.eoir.justice.gov

duration of detention of noncitizens did not violate due process. *Rodriguez v. Vergara*, ___F.4th___, 2026 WL 3181188 (5th Cir. Oct. 23, 2026). Considering the above, the Court declines to accept the Report and Recommendation.

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED.**

**THUS DONE AND SIGNED** in chambers on this 29th day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICY JUDGE**